# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158050(16)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC:  158050
                                     COA:  341993
KEVIN DEE ELAM,
        Defendant-Appellant.                 Alpena CC:  09-002712-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's December 21, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2019

d0422

                                        Clerk